BRADLEY v. THE BRANDYWINE, BOGGSTOWN AND SUGAR CREEK TURNPIKE CO.

From the Shelby Circuit Court.

S. Major, for appellant.

B. F. Love, T. W. Woollen and W. Z. Conner, for appellee.

DOWNEY, C. J.—The only question which need be decided in this case is the same as that decided in Marion Township Gravel Road Co. v. Sleeth, ante, p. 35. For the reason there stated, the judgment in this case must be reversed.

The judgment is reversed, with costs, and the cause remanded.

Petition for a rehearing overruled.